Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA  98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 3 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JEFFREY GORDON LUCEI,<br><br>                    Defendant. | 1:24-CR-2060-SAB<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 1153, 113(a)(1),<br>Assault With Intent to Commit<br>Murder<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(i),<br>(iii)<br>Discharging a Firearm During<br>and in Relation to a Crime of<br>Violence<br>(Count 2)<br><br>18 U.S.C. §§ 1153, 113(a)(6)<br>Assault Resulting in Serious<br>Bodily Injury<br>(Count 3)<br><br>18 U.S.C. §§ 1153, 113(a)(3)<br>Assault with a Dangerous<br>Weapon<br>(Count 4) |

INDICTMENT – 1

18 U.S.C. § 924(c)(1)(A)(i), (ii)
Brandishing a Firearm During
and in Relation to a Crime of
Violence
(Count 5)

18 U.S.C. § 924, 28 U.S.C.
§ 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about May 30, 2024, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, JEFFREY GORDON LUCEI, an Indian, did intentionally assault John Doe with intent to commit murder by shooting him in the back with a handgun, all in violation of 18 U.S.C. §§ 1153, 113(a)(1).

## COUNT 2

On or about May 30, 2024, in the Eastern District of Washington, the Defendant, JEFFREY GORDON LUCEI, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Assault with Intent to Commit Murder in violation of 18 U.S.C. §§ 1153, 113(a)(1), as alleged in Count 1 of this Indictment, did knowingly use, carry,

INDICTMENT – 2

discharge, and possess in furtherance of the Assault with Intent to Commit Murder, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii).

COUNT 3

On or about May 30, 2024, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, JEFFREY GORDON LUCEI, an Indian, assaulted John Doe, and the assault resulted in serious bodily injury in violation of 18 U.S.C. §§ 1153, 113(a)(6), 2.

COUNT 4

On or about May 30, 2024, within the exterior boundaries of the Yakama Nation, in Indian Country, in the Eastern District of Washington, the Defendant, JEFFREY GORDON LUCEI, an Indian, assaulted Jane Doe with a dangerous weapon, specifically, a handgun, with intent to do bodily harm in violation of 18 U.S.C. §§ 1153 and 113(a)(3).

COUNT 5

On or about May 30, 2024, in the Eastern District of Washington, the Defendant, JEFFREY GORDON LUCEI, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon in violation of 18 U.S.C. §§ 1153, 113(a)(3), as alleged in Count 4 of this Indictment, did knowingly use, carry,

INDICTMENT – 3

brandish, and possess in furtherance of the Assault with a Dangerous Weapon, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii).

## NOTICE OF CRIMINAL FORFEITURE

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(A)(i), (iii), Discharging a Firearm During and in Relation to a Crime of Violence, and/or 18 U.S.C. § 924(c)(1)(A)(i), (ii), Brandishing a Firearm During and in Relation to a Crime of Violence, as set forth in this Indictment, the Defendant, JEFFREY GORDON LUCEI, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s).

DATED this __13__ day of August 2024.

A TRUE BILL

████████████████████

Foreperson

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Michael D. Murphy_
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 4